UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUME INC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>24/7 MEDIA, INC,<br><br>　　　　　Defendant. | Case No.   13-cv-05249-VC<br><br>**SCHEDULING ORDER** |

　　　　The Court adopts the schedule proposed by the parties on page 9 of their Joint Case Management Statement (Docket No. 17) with the following exception: Subsections j and k are stricken.  This case is set for trial on December 1, 2015.

　　　　**IT IS SO ORDERED.**

Dated: May 15, 2014

_____
VINCE CHHABRIA
United States District Judge