Paul L. Hickman (State Bar No. 113715)
*phickman@tipsgroup.com*
William C. Milks, III (State Bar No. 114083)
*bmilks@tipsgroup.com*
TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC
960 San Antonio Road, Ste. 200
Palo Alto, CA  94303
Telephone: 650-293-3350
Fax: 800-822-7095

Attorneys for Plaintiff/Counterclaim Defendant
YUME, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| YUME, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>        vs.<br><br>XAXIS, INC. F/K/A 24/7 MEDIA, INC., a Delaware Corporation,<br><br>    Defendant. | **Case No. 3:13-CV-05249-VC** |
| XAXIS, INC., a Delaware Corporation,<br><br>    Counterclaimant,<br><br>        vs.<br><br>YUME, INC.,  a Delaware Corporation,<br><br>    Counterclaim Defendant. | **STIPULATION AND ~~PROPOSED~~ ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>**[Fed. R. Civ. P. Rule 15(a)(2)]** |

Plaintiff and Counterclaim Defendant YUME, INC. and Defendant and Counterclaimant XAXIS, INC. hereby stipulate to the filing of a First Amended Complaint attached to this Stipulation as Attachment A.  This First Amended Complaint updates the name of Defendant to XAXIS, INC. and alleges additional specificity with respect to Plaintiff's patent unenforceability claims against Defendant in view of the parties' Joint Case Management Statement (Doc. 17).

1    Fed. R. Civ. P. Rule 15(a)(2) allows a party to amend its pleadings with the opposing
2  party's written consent.  By signing this stipulation, counsel for each party listed below concur in
3  the filing of Plaintiff's First Amended Complaint.  The Parties further stipulate that Defendant and
4  Counterclaimant XAXIS, INC. shall file its Answer, Affirmative Defenses and Counterclaim in
5  response to Plaintiff's First Amended Complaint within seven (7) days of the Court's grant of
6  Plaintiff's Leave to File a First Amended Complaint, and that Defendant's Answer, Affirmative
7  Defenses and Counterclaim may include certain assertions of induced infringement and
8  contributory infringement of the patent-in-suit.  The Parties submit that this stipulation will not
9  delay the case.

10    This stipulation is being filed through the Electronic Case Filing (ECF) system by attorney
11 Paul L. Hickman of Technology & Intellectual Property Strategies Group PC, attorneys for
12 Plaintiff.  By his signature, he attests that Plaintiff has obtained concurrence in the filing of this
13 document from each counsel signing the stipulation, pursuant to Civil L.R. 5-1(i)(3).  A copy of
14 the signed signature page has been scanned and is attached hereto.

16 Dated: _____                        _____
                                                PAUL L. HICKMAN
17                                              Technology & Intellectual Property
                                                Strategies Group PC
18                                              *Attorneys for YUME, INC.*

20 Dated: _____                        _____
21                                              JONATHON T. REAVILL *(Pro Hac Vice)*
                                                NIXON & VANDERHYE, P.C.
22                                              *Attorneys for XAXIS, INC.*

24    **IT IS SO ORDERED**
25

27 Dated: _____                        _____
                                                VINCE CHHABRIA
28                                              United States District Judge

---

**Stipulation and Proposed Order Granting
Plaintiff Leave to File First Amended Complaint**     2                Case No. 3:13-CV-05249-VC

1      Fed. R. Civ. P. Rule 15(a)(2) allows a party to amend its pleadings with the opposing party's written consent. By signing this stipulation, counsel for each party listed below concur in the filing of Plaintiff's First Amended Complaint. The Parties further stipulate that Defendant and Counterclaimant XAXIS, INC. shall file its Answer, Affirmative Defenses and Counterclaim in response to Plaintiff's First Amended Complaint within seven (7) days of the Court's grant of Plaintiff's Leave to File a First Amended Complaint, and that Defendant's Answer, Affirmative Defenses and Counterclaim may include certain assertions of induced infringement and contributory infringement of the patent-in-suit. The Parties submit that this stipulation will not delay the case.

    This stipulation is being filed through the Electronic Case Filing (ECF) system by attorney Paul L. Hickman of Technology & Intellectual Property Strategies Group PC, attorneys for Plaintiff. By his signature, he attests that Plaintiff has obtained concurrence in the filing of this document from each counsel signing the stipulation, pursuant to Civil L.R. 5-1(i)(3). A copy of the signed signature page has been scanned and is attached hereto.

Dated: July 21, 2014

/s/ Paul L. Hickman
PAUL L. HICKMAN
Technology & Intellectual Property
Strategies Group PC
*Attorneys for YUME, INC.*

Dated: July 21, 2014

/s/ Jonathon T. Reavill
JONATHON T. REAVILL *(Pro Hac Vice)*
NIXON & VANDERHYE, P.C.
*Attorneys for XAXIS, INC.*

**IT IS SO ORDERED**

Dated: July 23, 2014

/s/ Vince Chhabria
VINCE CHHABRIA
United States District Judge